1274

No. 10–7821. SALDANA-MARTINEZ, AKA SOLDANA-MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–7833. TATE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–7834. MASHEK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–7852. PHILLIPS v. BRADSHAW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–7892. THOMAS v. BARTOW, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–8172. MAYS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–8174. KLEIN v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 10–8182. McGLONE v. AUSTIN. App. Ct. Mass. Certiorari denied.

No. 10–8183. PRESLEY v. KING, SUPERINTENDENT, SOUTH MISSISSIPPI CORRECTIONAL INSTITUTION. C. A. 5th Cir. Certiorari denied.

No. 10–8185. PUCKETT v. CALIFORNIA (two judgments). Sup. Ct. Cal. Certiorari denied.

No. 10–8186. NELSON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 10–8195. JOHNSON v. GUERRERO. C. A. 9th Cir. Certiorari denied.

No. 10–8203. BROWN v. McNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–8207. CRUZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–8208. BANKS v. MISSISSIPPI ET AL. C. A. 5th Cir. Certiorari denied.